**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 25-2469**

_____

CLARENCE B. JENKINS, JR.,

        Plaintiff - Appellant,

    v.

SOUTH CAROLINA DEPARTMENT OF EMPLOYMENT WORKFORCE; SOUTH CAROLINA DEPARTMENT OF ADMINISTRATION,

        Defendants - Appellees.

_____

Appeal from the United States District Court for the District of South Carolina, at Columbia.  Jacquelyn Denise Austin, District Judge.  (3:25-cv-12752-JDA)

_____

Submitted:  March 26, 2026                  Decided:  March 30, 2026

_____

Before RICHARDSON and BERNER, Circuit Judges, and FLOYD, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Clarence B. Jenkins, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Clarence B. Jenkins, Jr., appeals the district court's order accepting the magistrate judge's recommendation and dismissing Jenkins's employment-related action without prejudice and without issuance and service of process.[*] *See* 28 U.S.C. § 1915(e)(2)(B). We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *Jenkins v. S.C. Dep't of Emp. Workforce*, No. 3:25-cv-12752-JDA (D.S.C. Nov. 18, 2025). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

---

[*] The order is final and appealable because the district court did not grant Jenkins leave to amend his complaint. *See Britt v. DeJoy*, 45 F.4th 790, 796 (4th Cir. 2022) (en banc) (order).